# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:06-00169 |
| | ) | Judge Trauger |
| CHRISTOPHER L. SIMPSON | ) | |

## O R D E R

It is hereby **ORDERED** that a hearing shall be held on the Petition to Revoke Supervision (Docket No. 71) on Friday, January 18, 2013, at 11:00 a.m.

It is so **ORDERED.**

Enter this 8th day of January 2013.

_____
ALETA A. TRAUGER
United States District Judge