UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED. Hearing reset for 8/29/13 at 4:00 p.m.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:06-00169 |
| | ) | JUDGE TRAUGER |
| CHRISTOPHER L. SIMPSON | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

Christopher L. Simpson, through counsel, respectfully requests that the Court continue the revocation hearing which is currently scheduled for July 25, 2013, at 2:00 p.m. (D.E. 87) until any afternoon the week of August 26, 2013, if convenient with the Court's docket. The reasons for this motion are as follows:

1. At the revocation hearing held on April 22, 2013, the parties agreed that Mr. Simpson would reside at the Matthew 25 program in Nashville. The Court set a further hearing for July 25, 2013. (D.E. 87). With the assistance of U.S. Probation Officer Paul Montgomery, Mr. Simpson was placed into the Matthew 25 program.

2. On June 24, 2013, a petition was filed by the U.S. Probation Office alleging additional violations of supervised release, including Mr. Simpson's discharge from the Matthew 25 program. (D.E. 88). Mr. Simpson was subsequently arrested and ordered detained. (D.E. 95).

3. The parties have been in discussion regarding a possible resolution of these alleged violations. However, undersigned counsel will be out of the district on July 25, 2013, on military duty, the date currently scheduled for the hearing. Accordingly, the additional time is requested so that counsel may be available to negotiate an agreed resolution that would make a contested hearing unnecessary.