IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-00169 |
| | ) | JUDGE TRAUGER |
| CHRISTOPHER SIMPSON | ) | |

==Motion GRANTED. Hearing reset for 10/8/13 at 2:00 p.m.==

## MOTION TO CONTINUE REVOCATION HEARING

The United States of America, by and through the Assistant United States Attorney below, respectfully requests that the hearing on the Petition to Revoke Supervised Release in the above case be continued for 30 days. In support of this motion, the Government would show to the Court that until approximately one hour ago, both attorneys for the Government and the defendant believed that this matter would be resolved by agreement. In light of the fact that it will be necessary to have a contested hearing in this matter, the Government needs sufficient time to subpoena all necessary witnesses and prepare for a contested hearing.

        Respectfully submitted,

        DAVID RIVERA
        Acting United States Attorney


        s/ Jimmie Lynn Ramsaur
        JIMMIE LYNN RAMSAUR
        Assistant United States Attorney
        Middle District of Tennessee
        110 9th Avenue South, Suite A-961
        Nashville, Tennessee 37203-3870
        Phone: 615-736-5151