IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:06-00169 |
| | ) | Judge Trauger |
| CHRISTOPHER L. SIMPSON | ) | |

**O R D E R**

A hearing was held on September 24, 2013 on the Superseding Petition to Revoke Supervision (Docket No. 88). At the outset of the hearing, the parties announced a proposed agreed disposition that is acceptable to the court.

The defendant pled guilty to Violations 1, 3, 4 and 6, and the court finds those violations **ESTABLISHED**. It is hereby **ORDERED** that the defendant's supervision is **REVOKED**, and he is sentenced to serve 14 months in the custody of the Bureau of Prisons, with no supervision to follow.

The court recommends that the defendant serve his sentence at FCI Memphis, Tennessee.

It is so **ORDERED.**

Enter this 24th day of September 2013.

_____
ALETA A. TRAUGER
United States District Judge